UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LUIS ALFREDO MARTINEZ CRUZ                                      PETITIONER

VERSUS                                      CIVIL ACTION NO. 5:25-CV-169-DCB-RPM

RAFAEL VERGARA                                                 RESPONDENT

## ORDER REQUIRING STATUS UPDATE

This matter is before the Court *sua sponte*.  On December 29, 2025, Petitioner filed a [1] Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  At the time the petition was filed, Petitioner was an immigration detainee housed at the Adams County Correctional Center in Natchez, Mississippi.  According to Respondent, Petitioner was scheduled for an administrative hearing on his 42B Application for Cancellation of Removal and Adjustment of Status; the hearing was set for February 11, 2026.  [8] at 3.  The Court directs the parties to provide a status update on Petitioner's removal proceedings, including but not limited to the results of the February 11, 2026, hearing.

IT IS THEREFORE ORDERED that the parties shall file a status update on or before **May 8, 2026**.

SO ORDERED AND ADJUDGED, this the 24th day of April 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE